AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2025

SEAN F. McAVOY, CLERK

JOHN-MICHAEL RAY DURHAM )
*Plaintiff* )
v. )
)    Civil Action No.   2:24-CV-0371-TOR
ETHAN WILKE, OFFICER BAXTER, JOHN DOE, JANE DOE 1415 )
E. HARTSON AVE, SPOKANE, WA, ZIP 99202; JOHN DOE, JANE
DOE, 1413 E HARTSON AVE, SPOKANE WA ZIP 99202
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:   Defendants' Motion for Summary Judgment (ECF No. 16) is GRANTED. Plaintiff's Motion for Summary Judgment (ECF No. 22) is DENIED.
Judgment in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   THOMAS O. RICE

Date: 7/23/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham